**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
  *fhedin@hedinhall.com*
David W. Hall (SBN 274921)
  *dhall@hedinhall.com*
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058

*Attorneys for Plaintiff*

Sean P. Flynn (SBN: 220184)
sflynn@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:  (949) 255-6958
Facsimile:  (949) 474-2060

Steven C. Coffaro (Pro Hac Vice)
steve.coffaro@kmklaw.com
Amanda B. Stubblefield (Pro Hac Vice)
astubblefield@kmklaw.com
**KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone:  (513) 579-6400
Facsimile:  (513) 579-6457

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA GRIFFITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOLL & BRANCH, LLC,<br><br>Defendant. | Case No. 2:20-CV-07345-PA-PLA<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Dena Griffith and Defendant Boll & Branch, LLC (collectively "the Parties"), hereby notify the Court that they have reached a settlement of this action. The Parties anticipate filing a joint stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), no later than November 25, 2020, and thus request that all case deadlines be held in abeyance.

Dated: November 20, 2020

By: /s/     Sean P. Flynn
GORDON REES SCULLY MANSUKHANI LLP
Sean P. Flynn (SBN 220184)
sflynn@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

and

KEATING MUETHING & KLEKAMP PLL
Steven C. Coffaro (Pro Hac Vice)
steve.coffaro@kmklaw.com
Amanda B. Stubblefield (Pro Hac Vice)
astubblefield@kmklaw.com
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

*Attorneys for Defendant*

By: /s/     David W. Hall
HEDIN HALL LLP
Frank S. Hedin (SBN 291289)
fhedin@hedinhall.com
David W. Hall (SBN 274921)
dhall@hedinhall.com
Four Embarcadero Center, Suite 1400
San Francisco, California 94104

*Attorneys for Plaintiff*

**Signature Certification**

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix all electronic signatures to this document.

Dated: November 20, 2020     By:     /s/ David W. Hall
                                     David W. Hall