1 **HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
2   *fhedin@hedinhall.com*
David W. Hall (SBN 274921)
3   *dhall@hedinhall.com*
Four Embarcadero Center, Suite 1400
4 San Francisco, California 94104
Telephone: (415) 766-3534
5 Facsimile: (415) 402-0058

6 *Attorneys for Plaintiff*

7 Sean P. Flynn (SBN: 220184)
sflynn@grsm.com
8 **GORDON REES SCULLY MANSUKHANI, LLP**
633 West Fifth Street, 52nd Floor
9 Los Angeles, CA 90071
Telephone: (949) 255-6958
10 Facsimile: (949) 474-2060

11 Steven C. Coffaro (Pro Hac Vice)
steve.coffaro@kmklaw.com
12 Amanda B. Stubblefield (Pro Hac Vice)
astubblefield@kmklaw.com
13 **KEATING MUETHING & KLEKAMP PLL**
One East Fourth Street, Suite 1400
14 Cincinnati, Ohio 45202
Telephone: (513) 579-6400
15 Facsimile: (513) 579-6457

16 *Attorneys for Defendant*

17 **UNITED STATES DISTRICT COURT**

18 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENA GRIFFITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLL & BRANCH, LLC,<br><br>    Defendant. | Case No. 2:20-CV-07345-PA-PLA<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dena Griffith and Defendant Boll & Branch, LLC (collectively "the Parties"), by and though undersigned counsel, hereby stipulate and agree as follows: The above-captioned action is hereby dismissed; Plaintiff's individual claims are dismissed with prejudice; The claims of the putative class are dismissed without prejudice; The Parties shall bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: November 30, 2020

By: /s/      Sean P. Flynn
    GORDON REES SCULLY
    MANSUKHANI LLP
    Sean P. Flynn (SBN 220184)
    sflynn@grsm.com
    633 West Fifth Street, 52nd Floor
    Los Angeles, CA 90071

    and

    KEATING MUETHING &
    KLEKAMP PLL
    Steven C. Coffaro (Pro Hac Vice)
    steve.coffaro@kmklaw.com
    Amanda B. Stubblefield (Pro Hac Vice)
    astubblefield@kmklaw.com
    One East Fourth Street, Suite 1400
    Cincinnati, OH 45202

    *Attorneys for Defendant*

By: /s/      David W. Hall
    HEDIN HALL LLP
    Frank S. Hedin (SBN 291289)
    fhedin@hedinhall.com
    David W. Hall (SBN 274921)
    dhall@hedinhall.com
    Four Embarcadero Center, Suite 1400
    San Francisco, California 94104

    *Attorneys for Plaintiff*

**Signature Certification**

I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix all electronic signatures to this document.

Dated: November 30, 2020          By:   /s/ David W. Hall
                                        David W. Hall